CLERK'S COPY   SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>GUME ROBERTO GARZA, a/k/a Gumercindo Garza Perez, Gumercindo Garza-Perez, Gumercindo P. Perez, Gumercindo Perez Garza, Gume P. Garza, Gume Garza, Gerardo Vasquez, Gerardo Vazquez<br><br>_Defendant_ | )<br>)<br>)  Case No.  SA12-CR-1063-FB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   GUME ROBERTO GARZA, a/k/a (see above),

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment         ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(1) - Federal Agency Falsification Scheme
18:1015(a) - False Under-Oath Statements in Naturalization Matter
18:1425(a) and 8:1451(e) - Unlawful Procurement of Naturalization

Date:   11/28/2012

_Issuing officer's signature_

City and state:   San Antonio, TX

Robert F. Flaig, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____