AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
DEC 18 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>GUME ROBERTO GARZA, a/k/a Gumercindo Garza Perez, Gumercindo Garza-Perez, Gumercindo P. Perez, Gumercindo Perez Garza, Gume P. Garza, Gume Garza, Gerardo Vasquez, Gerardo Vazquez<br>*Defendant* | ) ) ) ) ) ) ) Case No. SA12-CR-1063-FB |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GUME ROBERTO GARZA, a/k/a (see above),

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(1) - Federal Agency Falsification Scheme
18:1015(a) - False Under-Oath Statements in Naturalization Matter
18:1425(a) and 8:1451(e) - Unlawful Procurement of Naturalization

Date:   11/28/2012

_____
*Issuing officer's signature*

City and state:   San Antonio, TX

Robert F. Flaig, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-28-12, and the person was arrested on *(date)* 11-30-12
at *(city and state)* Laredo, TX

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

9069145