U.S. MAGISTRATE COURT
JSH – SDTX
FILED

RECEIVED
DEC 18 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA-12-CR-1063-(1)-FB         DEC 03 2012   DF

**J. SCOTT HACKER,**
United States Magistrate Judge, Presiding

David J. Bradley, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Debbie Flores | Open | 10:03 AM |
| Court Reporter | Veronica Cantu (ERO) | | |
| Court Interpreter | Zeph Pease/Ezequiel Quijano, not used | Adjourn | 10:09 AM |
| U.S. Pretrial | Julio Taboada | | |
| U.S. Probation | Martin Gutierrez | | |
| U.S. Marshal | Mike Russell/Patrick Martin | DATE | **December 3, 2012** |

Western District of Texas/San Antonio Division - Docket No. 5:12cr1063-1
Southern District of TX/Laredo Division - Docket No. 5:12mj1539-1

| | | |
|---|---|---|
| United States of America | § | Michelle Marshall/Gracie Rodriguez, AUSA |
| vs | § | |
| Gume Roberto Garza, Defendant | § | Marilu Cantu f/Jose Tellez Sr, retained |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Warrant on Arrest**.

✔ Defendants first appearance. Dft. Advised of charges and rights.

✔ Defendant advised of charges.
  ✔ Indictment                             ☐ Violation of Felony Probation
  ☐ Violation of Pretrial Release          ☐ Violation of Misdemeanor Probation
  ☐ Violation of Supervised Release Term   ☐ Other:

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant appeared with Attorney Marilu Cantu.
  Federal Public Defender, appointed.
  Private Attorney, appointed. Next on list:  (not present in courtroom)

✔ No bond set.

✔ ID/Preliminary and Detention Hearings set for 12/06/12 at 10:00 AM in Courtroom 2C before US Magistrate Judge J. Scott Hacker.
  Defendant advised Court of **medical condition**(s) or need(s):

✔ Defendant **remanded** to the custody of U.S. Marshals to be transported to Western District of Texas/San Antonio Division.

/df

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

U.S. MAGISTRATE COURT.
JSH - SDTX
FILED

DEC 03 2012 DF

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

Case No: 5:12-mj-1539-1
Judge J. SCOTT HACKER

GUME ROBERTO GARZA

## NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable J. Scott Hacker

**PLACE:**

Courtroom 2C
United States District Court
1300 Victoria Street
Laredo, Texas

**DATE:**     Thursday, 12/06/12

**TIME:**     10:00 A.M.

**TYPE OF PROCEEDING: ID/Detention/Preliminary Hearings**

Date: December 3, 2012

Clerk of the Court

cc:   AUSA
      JOSE TELLEZ SR

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

DEC 06 2012   DF

David J. Bradley, Clerk
Laredo Division

United States of America )
v. )
Guime Roberto Gunza )   Case No. 5:12mj01539-1
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/6/12

_____
Defendant's signature

_____
Signature of defendant's attorney

Jose Salvador Tellez
Printed name and bar number of defendant's attorney

1102 Scott
Address of defendant's attorney

JStellez54@sbcglobal.net
E-mail address of defendant's attorney

(956) 725-0008
Telephone number of defendant's attorney

(956) 725-2823
FAX number of defendant's attorney

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**U.S. MAGISTRATE COURT**
**JSH – SDTX**
**FILED**

**DEC 06 2012**   DF

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
) Case No. 5:12 mj 01539-1
Gume Roberto Garza )
Defendant ) Charging District's Case No.

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Texas, San Antonio Division

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/6/12

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jose Salvador Tellez
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

U.S. MAGISTRATE COURT
JSH - SDTX
FILED

DEC - 7 2012  CLR

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA § 

vs § LAREDO NO. L-12-MJ-1539-01
SAN ANTONIO NO. SA-12-CR-1063 FB

GUME ROBERTO GARZA; §
AKA: GUMERCINDO GARZA PEREZ;
AKA: GUMERCINDO P. PEREZ;
AKA: GUMERCINDO PEREZ GARZA;
AKA: GUME P. GARZA; AKA: GUME GARZA;
AKA: GERARDO VASQUEZ;
AKA: GERARDO VAZQUEZ

### ORDER

The Government did not proceed with the detention hearing and agreed with the recommendation made by the U.S. Pretrial Office for a bond. The Court therefore hereby orders that the defendant's bond be set at **$150,000.00** bond, with a 5% cash deposit, and two co-sureties, along with the additional bond conditions as set out by Pretrial Services.

SIGNED, this 7th day of December, 2012.

J. SCOTT HACKER
United States Magistrate Judge

JSH/cr

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:12-mj-01539-1

Case title: USA v. Garza  
Other court case number: SA12-cr-1063-FB Western District of Texas - San Antonio

Date Filed: 12/03/2012

Assigned to: Magistrate Judge J. Scott Hacker

### Defendant (1)

**Gume Roberto Garza**  
*also known as*  
Gumercindo Garza Perez  
*also known as*  
Gumercindo Garza-Perez  
*also known as*  
Gumercindo Perez Garza  
*also known as*  
Gume P. Garza  
*also known as*  
Gume Garza  
*also known as*  
Gerardo Vasquez  
*also known as*  
Gerardo Vazquez

represented by **Jose Salvador Tellez**  
Attorney at Law  
1102 Scott St  
Laredo, TX 78040  
956-722-0008  
Fax: 956-725-2823  
Email: jsalvador54@sbcglobal.net  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Marilu Cantu**  
Law Offices Of Jose Salvador Tellez  
1102 Scott  
PO BOX 6658  
Laredo, TX 78042-6658  
956-722-0008  
Email: mcantuattorney@gmail.com  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2012 | 2 | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: INITIAL APPEARANCE on Warrant on Arrest as to Gume Roberto Garza, Defendants first appearance (Deft advised of charges and rights) held on 12/3/2012. Financial affidavit, executed and filed. Defendant appeared with Attorney Marilu Cantu. No bond set. Identity, Preliminary Examination and Detention Hearing set for 12/6/2012 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker. Appearances:Michelle Marshall / Gracie Rodriguez, AUSA; Marilu Cantu f/ Jose Tellez, Sr., retained.(ERO:Veronica Cantu) (Interpreter:Zeph Pease / Ezequiel Quijano - not used) Deft remanded to the custody of U.S. Marshals to be transported to Western District of Texas / San Antonio Division, filed.(dgonzalez) (Entered: 12/04/2012) |
| 12/03/2012 | 3 | Sealed Financial Affidavit CJA 23 by Gume Roberto Garza, filed. (Entered: 12/04/2012) |
| 12/03/2012 | | Attorney update in case as to Gume Roberto Garza. Attorney Jose Salvador Tellez,Marilu Cantu for Gume Roberto Garza added. (dgonzalez) (Entered: 12/04/2012) |
| 12/03/2012 | 4 | NOTICE OF SETTING as to Gume Roberto Garza. ID/Detention Hearing/Preliminary Hearing set for 12/6/2012 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker, filed.(dgonzalez) (Entered: 12/04/2012) |
| 12/03/2012 | 5 | **ENTERED IN ERROR** RECEIPT of Transmittal Letter from Northern District of Illinois / Chicago Division filed under case 12cr857 received on 11/29/12 as to Gume Roberto Garza, filed. (dgonzalez) Modified on 12/5/2012 (dgonzalez). (Entered: 12/04/2012) |
| 12/05/2012 | 6 | Pretrial Services Report (Sealed) as to Gume Roberto Garza, filed. (hcortez, ) (Entered: 12/05/2012) |
| 12/06/2012 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: IDENTITY, PRELIMINARY EXAMINATION AND DETENTION HEARING as to Gume Roberto Garza held on 12/6/2012. ***ID and Preliminary Hearing did not go forward. Attorney Tellez Sr filed a Waiver of Preliminary Hearing. ***DETENTION: Government agreed with $150,000.00 bond; 5% cash deposit; 2 co-sureties along with other conditions set by Pretrial Services. The Court will issue an order. Waiver of Rule 5 & 5.1 Hearings, filed. (10:04 - 10:08). Appearances: Michelle Marshall f/Government; Jose Tellez Sr f/Defendant; USPO Laura Escobar; USPTS Nancy Lopez; USM Julio |

|  |  |  |
|---|---|---|
|  |  | Sanchez/Mel Sanchez. (ERO: Aimee Veliz). (Interpreter: Ina Pool/Francisco Vergara, not used). Deft remanded to custody, filed. ( dflores ) (Entered: 12/06/2012) |
| 12/06/2012 | 7 | WAIVER of Preliminary Hearing by Gume Roberto Garza, filed. ( dflores ) (Entered: 12/06/2012) |
| 12/06/2012 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Gume Roberto Garza, filed. ( dflores ) (Entered: 12/06/2012) |
| 12/07/2012 | 9 | ORDER as to Gume Roberto Garza. Bond set at $150,000.00 bond, with a 5% cash deposit, and two co-sureties. ( Signed by Magistrate Judge J. Scott Hacker) Parties notified. (dgonzalez) (Entered: 12/07/2012) |
| 12/11/2012 | 10 | Appearance Bond Entered as to Gume Roberto Garza in amount of $150,000.00/with $7,500.00 Deposit, Bond Depositor/Surety: Diana Aracely Garza, Surety: Carlos Alfonso Guzman, filed. (bmendoza, ) (Additional attachment(s) added on 12/11/2012: # 1 Unredacted Bond) (bmendoza, ). (Entered: 12/11/2012) |
| 12/11/2012 | 11 | NOTICE of Change of Address as to Gume Roberto Garza., filed.(mmarquez) (Entered: 12/14/2012) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 12/18/2012 14:30:46 | |
| PACER Login: | us4061 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:12-mj-01539 |
| Billable Pages: | 3 | Cost: | 0.30 |