# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § SA:12-CR-01063(1)-FB |
| | § |
| (1) Gume Garza | § |

## ORDER SETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for SENTENCING in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on Friday, January 17, 2014 at 08:30 AM.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 23rd day of October, 2013.

_____
FRED BIERY
CHIEF U.S. DISTRICT JUDGE


Michael R. Hardy, Christina Laura Playton for USA
George William Aristotelidis for Gume Garza PS(Norma Aranda) PO(Margarita Garbalena)