FILED
MAR 2 - 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES GOVERNMENT MEMORANDUM



**To:** Honorable Fred Biery, Chief U.S. District Judge

**From:** Patricia E. Albidrez, U.S. Probation Officer

**Subject:** Gume Roberto Garza (SA-12-CR-1063(1)FB
<u>Request for Early Termination</u>

**Date:** January 11, 2016

---

On March 21, 2014, the offender was sentenced in the Western District of Texas-San Antonio Division before Chief U.S. District Court Judge Fred Biery for the offense of Offense of False Under-Oath Statement in Naturalization Matter, in violation of 18 U.S.C. § 1015(a). He was sentenced to five years probation, a $10,000 fine, and $100 special assessment. As part of his probation condition, the Court has no objection for the defendant to travel in or out of the country if it is business travel, but must have approval of the United States Probation Officer.

Mr. Garza is a successful business owner of three tractor trailer companies Royal Express, Palace Group, LTD, and GRT Transportation. As part of his business agenda, he frequently travels throughout the U.S. for business meetings and at times out of the country.

With your Honor's permission, Mr. Garza previously traveled to China and Mexico. He also frequently travels throughout the United States, at most 2-3 times per month. Mr. Garza has demonstrated he is responsible and compliant with instruction since the beginning of his term. He has satisfied his special conditions and financial obligations, the $10,000 fine and $100 special assessment. Mr. Garza has no other special conditions pending. He has maintained stable employment and has incurred no arrests or other violations. Lastly, he has no issues with illicit substances.

Mr. Garza's compliance with all conditions qualifies him for inactive supervision. Mr. Garza does not appear to present a risk to the community and has demonstrated to no longer need supervision. In this officer's opinion, he is eligible for inactive probation until his expiration date of March 20, 2019.

In view of the above information, it is respectfully recommended that supervision only be terminated early.

Should Your Honor have any questions or require additional information, please contact me at (956) 523-8553.

Approved:

_____
E. Joel Garcia, Jr., Supervising
U.S. Probation Officer

__✓__ The Court Concurs

_____ The Court does not Concur

_____
Fred Biery
Chief U.S. District Judge